IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-o|-H-KLD |
| Information Associated with the following Facebook account: Michael Brown https://www.facebook.com/michael.browning.1694059 that is stored at a premises controlled by Facebook, Inc., 1 Hacker Way, Menlo Park, CA 94025 | Filed Under Seal |

AFFIDAVIT IN SUPPORT OF
APPLICATION FOR SEARCH WARRANT

I, Jason Bowen, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April 2012. I am currently assigned to the FBI Helena Resident Agency (RA) in Helena, Montana, which is part of the Salt Lake City Division of the FBI. I am a member of the FBI Montana Regional Violent Crime Task Force (MRVCTF) which specializes in targeting habitual violent offenders and dismantling violent criminal enterprises and drug trafficking organizations. During my time as a Special Agent, I have participated in numerous complex

1

investigations and I have been the affiant on numerous warrants. Prior to my employment with the FBI, I served as a Deputy Sheriff with the Orange County Sheriff's Office, in Orange County, Florida, for ten years.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This affidavit is in support of a search warrant application for stored content from a Facebook account registered to Michael Browning regarding an ongoing investigation into a conspiracy to distribute methamphetamine and heroin in violation of 21 U.S.C. § 846, and possession with the intent to distribute methamphetamine and heroin in violation of 21 U.S.C. § 841(a)(1).

## PROPERTY TO BE SEARCHED

4. This affidavit is made in support of an application for a search warrant to search and seize the stored content of the following Facebook account: Michael Brown https://www.facebook.com/michael.browning.1694059. The content includes messages, photos, videos, wall posts, and location information to include name and address, date of birth, gender, date account created, account status, e-mail address,

alternate e-mail (IP) address, date ID registered, log-in IP addresses associated with session times and dates, instant messages and any other electronic communication regarding the accounts listed above.

## PROBABLE CAUSE

5. The FBI Montana Regional Violent Crime Task Force (MRVCTF) identified Michael Browning as a person who is suspected of trafficking large amounts of methamphetamine and heroin from California to Helena, Montana.

6. On October 31, 2019 Lewis and Clark County Sheriff's Office Detective Joshua Vandyke and FBI Special Agent Jason Bowen conducted an interview with DJ Denton at the Lewis and Clark County Court House. Denton was recently incarcerated with Michael Browning at the Lewis and Clark County Detention Center. According to Denton, Browning receives drugs through the mail. Denton stated that Browning has the drugs shipped to different business locations throughout Helena. Denton went on to state that Browning pays different people in Helena in the form of cash or drugs to pick up these packages. These people then deliver the packages to Browning.

7. Denton went on to advise that Browning's drug supplier is a male named "Chris". Chris lives in California. According to Denton, Browning can call Chris anytime and request any type and quantity of illegal drugs. Chris will then ship the illegal drugs to Helena. Denton stated that Browning bragged about

3

making $30,000.00 during the month prior to being arrested and extradited back to California. Denton advised that Browning lived with family in the North Valley of Helena. According to Denton the family members Browning was living with are lottery winners.

8. On November 4, 2019 Detective Vandyke reviewed multiple SECURUS telephone calls. These telephone calls were placed by Michael Browning from the Lewis and Clark County Detention Center, between September 4, 2019 and September 8, 2019, through the utilization of the SECURUS telephone system. Browning placed multiple telephone calls to Christopher "biscuit" Campbell at telephone number 650-669-4631. During these telephone calls Browning discussed shipping drugs from California to Helena. Browning further referenced the opportunity to sell drugs in Helena. During these telephone calls Browning indicated that Jennifer Davidson and Mariah Galloway work for him in Helena. These telephone calls have been submitted into evidence.

9. On November 5, 2019, 2019 Detective Vandyke conducted an interview of Kathrine Lamport regarding Michael Browning and Jennifer Davidson. Lamport is related to Browning. Lamport advised that Browning was released from jail on or about October 16, 2019 or October 17, 2019. Browning arrived in Helena, Montana on or about October 27, 2019 and lived with Lamport at 5763 Vulk Drive, Helena, Montana, 59602. Lamport stated that she is a lottery

4

winner. Lamport identified Jennifer Davidson and Mariah Galloway as associates of Browning. Lamport advised that Browning's last shipment of drugs was shipped from California to Helena. Lamport advised that this shipment took place while Browning was traveling to Helena from California. According to Lamport, Browning told her this package was shipped to Helena in someone else's name.

10. On November 12, 2019 Lamport contacted Helena Police Department Sargent Randy Ranalli. Lamport advised that Browning had just received a large shipment of heroin. Lamport stated that this heroin was shipped to Browning.

11. On November 22, 2019 SA Bowen and Detective Vandyke interviewed Kathrine Lamport at the FBI Helena Resident Agency (RA). Lamport produced a photographic image which was contained within a string of text messages. According to Lamport these text messages were from Browning. Lamport stated that Browning told her that the image depicted heroin. This image is titled "My Tuesday. Helena, Montana". Lamport further provided two cellular telephone screen shots of a text message conversation between Browning and Christopher "biscuit" Campbell. This text message states "Very important that you do the ship for 12 o'clock tomorrow are you going to be able to do that". Lamport stated that Browning commonly carries a pistol.

12. On December 3, 2019 SA Jason Bowen made contact with FedEx HLNA Operations Manager Jennie Spragg at the FedEx shipping facility located at

5

3171 Bozeman Avenue, Helena, Montana, 59601. FBI SA Bowen requested that Spragg flag inbound packages listing recipients Michael Browning, Jennifer Davidson, Mariah Galloway and Christopher Campbell. FBI SA Bowen then provided Spragg with contact information in the form of a business card.

13. On December 6, 2019 Detective Vandyke and SA Bowen met with Kathrine Lamport at her residence located at 5763 Vulk Drive, Helena, Montana, 59602. According to Lamport, Browning met with her at her residence on December 5, 2019. During this meeting Lamport recorded her conversation with Browning on her cellular telephone. During this conversation Browning described utilization of international package delivery services to transport illegal drugs. Browning further described utilization of Lamport's residential address as a shipping destination for the packages containing illegal drugs. Browning indicated that he changes the delivery location once the package is en route. Browning indicated that he changes the delivery location to the "main place" referencing shipping facilities. In this recording Browning indicated that he utilizes Jennifer "Jenna" Davidson to pick up the packages for him. This recording was collected as evidence.

14. On December 17, 2019 FedEx HLNA Operations Manager Jennie Spragg made telephonic contact with SA Bowen. Spragg advised that the Helena FedEx shipping facility was in possession of a package with recipient Jennifer

Davidson. According to Spragg, the original destination for this package was 5763 Vulk Drive, Helena, Montana, 59602. Spragg advised that the shipping destination was changed to the FedEx shipping facility located at 3171 Bozeman Avenue, Helena, Montana 59601.

15.     On December 17, 2019 Helena Police Department K-9 Officer John Kaleczyc responded to the FedEx shipping facility located at 3171 Bozeman Avenue. Through the utilization of his K-9, Officer Kaleczyc conducted a sweep of a package line up containing multiple similarly-sized packages one of which was the subject package. Officer Kaleczyc indicated that his K-9 alerted on a package. Examination of this package revealed that the K-9 had alerted to a medium FedEx package bearing tracking number 778996159609, addressed to Jennifer Davidson at 5763 Vulk Drive, Helena, Montana, 59602.

16.     On December 17, 2019 Detective Vandyke applied for and was granted a search warrant for a FedEx package bearing tracking number 778996159609, addressed to Jennifer Davidson at 5763 Vulk Drive, Helena, Montana, 59602. This search warrant was granted by Judge Menahan of the Montana First Judicial District Court of Lewis and Clark County.

17.     On December 17, 2019 Browning arrived at the FedEx shipping facility located at 3171 Bozeman Avenue. Browning was driving a maroon, Chevrolet 1500 pickup truck. Jennifer Davidson was seated in the front passenger

seat. Browning parked the maroon Chevrolet pickup truck on the street on the north side of the FedEx shipping facility facing east bound. Davidson exited the vehicle and Browning continued east bound. Davidson entered the FedEx facility. Lewis and Clark County Deputy Sheriff Andrew Blythe, acting in an undercover capacity, greeted Davidson. Davidson requested her package. FedEx package bearing tracking number 778996159609, addressed to Jennifer Davidson at 5763 Vulk Drive, Helena, Montana, 59602 was produced and presented to Davidson. Davidson initialed a FedEx signature record and began to walk out of the facility. At this time Davidson was detained by Deputy Sheriff Blythe. This FedEx signature record was submitted into evidence. A white Apple iPhone was seized from Davidson's person at that time. The iPhone was placed into airplane mode and submitted into evidence. It is currently in evidence at the Helena FBI RA. The phone has an unknown phone number and IMEI.

18. During this time marked units from the Lewis and Clark County Sheriff's Office as well as the Helena Police Department conducted a vehicle stop on the maroon, Chevrolet 1500 pickup truck being driven by Michael Browning. Following this vehicle stop Browning was detained by law enforcement.

19. On December 17, 2019, pursuant to the search warrant described above, FedEx package bearing tracking number 778996159609, addressed to Jennifer Davidson at 5763 Vulk Drive, Helena, Montana, 59602 was opened and

examined at the FBI Helena RA. This examination revealed 698.7 grams of an off white crystalline substance contained in a clear plastic bag. A sample of this substance was field tested for the presence of methamphetamine. This test indicated a presumptive positive for the presence of methamphetamine. This examination further revealed 41.3 grams of a black tar like substance contained in a green plastic bag. This substance is suspected to be heroin. Continued examination revealed 51.7 grams of an off white powder like substance. These suspected drugs were submitted to evidence.

20. On December 19, 2019 SA Bowen and Detective Vandyke met with Kathrine Lamport regarding Michael Browning. Lamport advised that Browning started getting shipments of drugs approximately three weeks after his return to Helena. Browning would get large quantities of drugs and supply the drugs to the next level down. Around Thanksgiving, Browning told Lamport that he utilizes UPS or FedEx to facilitate the shipment of illegal drugs. Browning would ship the packages to Lamport's residence and then reroute the package. Lamport advised that Browning does not have an ID so Jennifer Davidson would pick up the packages.

21. According to Lamport, Browning works with the cartels. Lamport stated that Browning has friends in California that will pick up the drugs from his cartel connections. Chris "biscuit" will pick up the drugs from the cartel.

Browning connected Chris with his cartel connections and Chris gets cheap drugs in exchange for shipping drugs to Browning.

22.     Lamport stated that Browning recently told her that he would be ordering one to two boxes a week with a pound to a pound and a half of methamphetamine, heroin, and cocaine.

23.     On December 17, 2019, Lamport was with Browning at Lamport's residence. According to Lamport, Browning received a call from FedEx indicating that his package had arrived. After taking the call Browning indicated that he should not have taken the call with FedEx because now they have his voice. Lamport advised that at this time Browning was driving a maroon, Chevrolet truck.

24.     On January 2, 2020, search warrant MJ-19-1-H-KLD was executed on Michael Browning's vehicle, a maroon Chevrolet pickup truck bearing Montana tag BLJ264 and VIN 2GCEK19T2X1206535. The search of this vehicle revealed one white Apple I-phone. This Apple I-phone was discovered on top of the vehicle's front center console. This search was photographed. This Apple I-phone was submitted into evidence.

25.     On January 9, 2020, SA Bowen and Detective Vandyke met with Curtis Alexander at the Lewis and Clark County Courthouse. Alexander advised that he was recently housed with Browning at the Lewis and Clark County Detention Center. Alexander further advised that Browning discussed shipping

10

drugs to Helena via FedEx. Browning further described that Jennifer Davidson would take the fall. According to Alexander, Browning expressed fear that law enforcement would access his Facebook account. Alexander stated that Browning told him that if law enforcement looks on his Facebook messenger he is "Fucked".

11

## AUTHORIZATION REQUEST

26. Based on the foregoing, I submit there is probable cause to search the item referenced above in Paragraph 4 and below in Attachment A, for the evidence referenced in Attachment B.

Respectfully submitted,

/s/ Jason Bowen
Jason Bowen
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on January 16th, 2020.

Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana