

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-1-H-KLD |
| Michael Brown<br>https://www.facebook.com/michael.browning.1694059 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 4th day of February, 2020

Kathleen L. DeSoto
United States Magistrate Judge

1